1  JOHN A. SHEPARDSON, ESQ.    SBN: 129081
   59 North Santa Cruz Avenue, Suite Q
2  Los Gatos, California. 95030
   Telephone: (408) 395-3701
3  Facsimile: (408) 395-0112

4  Attorneys for Plaintiff,
   JOSEPH D. MONIZ
5

6                                                    ***E-FILED - 1/15/09***

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10  JOSEPH D. MONIZ,                    )  Case No.  C08 04985 RMW
                                        )
11                    Plaintiff,        )  **STIPULATION AND REQUEST FOR**
                                        )  **DISMISSAL** AND ORDER
12  vs.                                 )
                                        )
13  STATE FARM MUTUAL AUTOMOBILE        )
14  INSURANCE COMPANY, and DOES 1       )
    through 50, inclusive,              )
15                                      )
                     Defendants.        )
16                                      )
                                        )
17                                      )
                                        )
18  _____)

19  TO THE CLERK:  Please **dismiss** this action as follows:

20      Plaintiff JOSEPH D. MONIZ requests an order of dismissal, without prejudice, of this

21  action in its entirety as to all Defendants, claims, and causes of action, each party to bear its own

22  attorney's fees and costs.

23          IT IS SO STIPULATED.

24

25  Dated: November 18, 2008

26                                      _____
                                        JOHN A. SHEPARDSON, Attorney for
27                                      Plaintiff JOSEPH D. MONIZ

28

                                        1

1 | Dated: November 18, 2008

2

3 | STEPHEN P. ELLINGSON, Attorney for
Defendants STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY

4

5 | **ORDER**

6

In light of the parties' stipulation, this action is hereby dismissed in its entirety, without

7

prejudice, as to all Defendants, claims, and causes of action, each party to bear its own attorney's fees

8

9 | and costs.

10 | Dated:  1/15/09

11 | HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP AND REQUEST FOR DISMISSAL     MONIZ v. STATE FARM MUTUAL AUTO, et al.     Case No.:  C08 04985 RMW